MARGARET E. DALTON (SB #241033)
medalton@stoel.com
STOEL RIVES LLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
Facsimile: (612) 373-8881
Attorneys for Plaintiff

MICHAEL L. FARLEY (SB #76368)
RHYS C. BOYD-FARRELL (SB #252458)
FARLEY LAW FIRM
108 West Center Avenue
Visalia, CA 93291
Telephone: (559) 738-5975
Facsimile: (559) 732-2305
Attorneys for Defendant

FILED
FEB 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Land O'Lakes, Inc., | Case No. 1:12-cv-00341-AWI-DLB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Alvin Souza, Jr., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action shall be and hereby is dismissed without prejudice and without costs or disbursements to any party.

STOEL RIVES LLP
ATTORNEYS AT LAW
MINNESOTA

STIPULATION OF DISMISSAL           -1-

1
2 Dated: February 15, 2013              STOEL RIVES LLP
3                                        By: /s/ Margaret E. Dalton
4                                        MARGARET E. DALTON
                                         Attorneys for Plaintiff
5
6 Dated: February 14, 2013              FARLEY LAW FIRM
7
                                         By: /s/ Michael L. Farley
8                                        MICHAEL L. FARLEY
9                                        Attorneys for Defendant

10
11
12
13   73404711.2 0039116-00100            It is so Ordered, Dated: 2-20-13
14
15                                       United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28